FILED
CLERK, U.S. DISTRICT COURT

AUG - 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

REGINALD VAL DAVIN,            )   NO. CV 08-2877-RSWL(E)
                               )
            Petitioner,        )
                               )
       v.                      )   JUDGMENT
                               )
SHERIFF LEE BACA,              )
                               )
            Respondent.        )
_____)

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: August 4, 2008.

RONALD S.W. LEW
_____
RONALD S. W. LEW
SENIOR UNITED STATES DISTRICT JUDGE